DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada  89501
(775) 784-5438
Fax: (775) 784-5438

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$126,075.00 IN UNITED STATES CURRENCY,<br><br>Defendant.<br><br>BE VAN NGUYEN,<br><br>Claimant. | Case No.  3:13-CV-0594-MMD-WGC<br><br>STIPULATION FOR DISMISSAL |

Plaintiff United States of America and claimant Be Van Nguyen hereby stipulate and agree to the dismissal of this civil forfeiture action with prejudice, with each party to bear their own costs and expenses of litigation including attorneys' fees.

Upon dismissal of this action through the filing of this stipulation, the defendant funds totaling $126,075.00 shall be released to claimant Nguyen free and clear of the forfeiture claims of the United States described in the complaint. Claimant Nguyen acknowledges that he is the sole owner and claimant of the defendant funds. The release of funds to claimant shall be made by transmittal of such funds by electronic means to his counsel of record, Jack M. Fox, Esq. of Reno, Nevada.  Claimant acknowledges that the provisions of 31 U.S.C. § 3716 require the offset of federal payments to collect

delinquent non-tax debts owed to the United States and certain designated delinquent debts owed to states.

_____  5-7-15
JACK M. FOX
Counsel for claimant
Be Van Nguyen

_____
GREG ADDINGTON
Assistant United States Attorney

_____  5/7/15
BE VAN NGUYEN, Claimant

Dated: May 7, 2015

IT IS SO ORDERED.

_____
U.S. District Judge

2